IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Cr. A. No. 06- 102M-MPT |
| GERRI NICHELLE KNOTTS | : |

### MISDEMEANOR INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT I

From in or about February 2001 to in or about March 2004, in the State and District of Delaware, **GERRI NICHELLE KNOTTS**, defendant herein, did knowingly and willfully embezzle, steal, purloin, and convert to her own use money of the Social Security Administration, an agency and department of the United States, in violation of Title 18, United States Code, Section 641.

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: 5 SEP 06