AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

| UNITED STATES OF AMERICA<br>V.<br><br>Gerri Nichelle Knotts<br><br>Wilmington, DE 19801<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: 06-102M (MPT)<br><br>REDACTED |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Room<br>Magistrate Ctrm # 6C, 6th Floor |
|---|---|
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | Date and Time<br>9/28/06 at 1:00 PM |

** Please report to the U.S. Marshal's office Rm #100 by NOON

To answer a(n)
☐ Indictment   X Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title ___18___ United States Code, Section(s) ___641___

Brief description of offense:

EMBEZZLE, STEAL, PURLOIN, AND CONVERT MONEY FROM AN AGENCY OR DEPARTMENT OF UNITED STATES

_Evette Watson, Deputy Clerk_   September 6, 2006 in Wilmington, DE
Signature of Issuing Officer          Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

