AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF      **DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V. | **SUMMONS IN A CRIMINAL CASE** |
| Gerri Nichelle Knotts | Case Number:    06-102M (MPT) |
| New Castle, DE 19720 | |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>**Wilmington, Delaware 19801** | Room<br>**Magistrate Ctrm # 6C, 6th Floor** |
|---|---|
| | Date and Time<br>11/30/06 at 1:00 PM |
| Before:    Honorable Mary Pat Thynge, U.S. Magistrate Judge | |

** Please report to the U.S, Marshal's office Rm #100 by NOON

To answer a(n)

☐ Indictment    X Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title _____ 18 _____ United States Code, Section(s) _____ 641 _____

Brief description of offense:

EMBEZZLE, STEAL, PURLOIN, AND CONVERT MONEY FROM AN AGENCY OR DEPARTMENT OF UNITED STATES

2006 NOV 22 AM 10: 08
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

| | |
|---|---|
| *Evette Watson,* Deputy Clerk<br>Signature of Issuing Officer | November 15, 2006 in Wilmington, DE<br>Date |

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Date |
| Service was made by me |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _____

_____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

_____

☐ Returned unexecuted: _____

_____

_____

_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned ___11-22-06___
Date

___DwThomas___
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Cove...)*

For delivery information visit our websi...

OFFICI...

Postage | $

Certified Fe...

Return Re...
(Endorseme...)

Res...

*Gerri Nichelle Knotts*
*New Castle, DE 19720*

...ark
Here

Stre...
or PO...
City, Sta... ...4

7004 1160 0006 7939 9309

PS Form 3800, June 2002          See Reverse for Instructions

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☒ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery<br>_11-17-06_<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |

1. Article Addressed to:

Gerri Nichelle Knotts

New Castle, DE 19720

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

7004 1160 0006 7939 9309

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540