IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-102M-MPT |
| | : | |
| GERRI KNOTTS | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE OF SENTENCING**

Defendant, Gerri Knotts, by and through her undersigned counsel, Eleni Kousoulis, hereby moves the Court for an order continuing the sentencing hearing in this case. In support of the motion, the defense submits as follows:

1. Ms. Knotts is currently scheduled for sentencing on February 14, 2007 at 9:00 a.m.

2. Additional time is needed in which to prepare the Presentence Report in this case. In order to complete the Presentence Report, certain medical and psychological records pertaining to Ms. Knotts are needed and have not yet been received. The defense is working jointly with probation in an effort to obtain the needed records.

3. A thirty (30) day continuance of sentencing is respectfully requested.

4. AUSA Dave Hall does not oppose this request for a continuance.

WHEREFORE, the defense respectfully requests that the Court continue the sentencing hearing in this matter for 30 days.

Respectfully Submitted,

/s/ _____
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Defendant Gerri Knotts

DATED:    January 4, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-102M-MPT |
| | : | |
| GERRI KNOTTS, | : | |
| | : | |
|     Defendant. | : | |

**CERTIFICATE OF SERVICE**

    The undersigned attorney for defendant Gerri Knotts hereby certifies that a copy of Defendant's Motion for Continuance of Sentencing is available for public viewing and downloading and was electronically delivered on January 4, 2007, to:

> Dave Hall, Esquire
> Assistant U.S. Attorney
> 1007 Orange Street
> Suite 700, P.O. Box 2046
> Wilmington, DE   19899-2046

    The undersigned attorney further certifies that on January 4, 2007, a copy of the attached Motion for Continuance of Sentencing was placed in a box in the United States District Court of the District of Delaware addressed to the following person:

> Martin Durkin
> U. S. Probation Officer
> Suite 400, 824 Market Street
> Wilmington, DE 19801-3588

> /s/ _____
> Eleni Kousoulis, Esquire
> Assistant Federal Public Defender
> 704 King Street, Suite 110
> Wilmington, Delaware  19801
> Attorney for Defendant Gerri Knotts

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Action No. 06-102M-MPT |
| : | |
| GERRI KNOTTS, : | |
| : | |
| Defendant. : | |

**<u>ORDER</u>**

In response to Ms. Gerri Knotts' Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this _____day of _____, 2007, that Defendant's sentencing hearing be re-scheduled for the _____ day of _____, 2007 at _____ a.m./p.m.

_____
The Honorable Mary Pat Thynge
United States Magistrate Judge