IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-102M-MPT |
| GERRI KNOTTS, | : | |
| Defendant. | : | |

### ORDER

In response to Ms. Gerri Knotts' Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this __11__ day of __January__, 2007, that Defendant's sentencing hearing be re-scheduled for the __22__ day of __March__, 2007 at __9:00__ (a.m)/p.m.

_____
The Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
JAN 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE