IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CR  CASE # 6-102M-MPT |
| GERRI NICHELLE KNOTTS | ) PLEASE DIRECT ALL INQUIRIES |
| | ) TO 573-6128 |
| Defendant. | ) |

## NOTICE TO APPEAR

Please note that the above captioned case has been scheduled for a **SENTENCING HEARING** before the Honorable Mary Pat Thynge, on **MARCH 22, 2007 AT 9:00 AM** in Courtroom #6C, 6th Floor, Boggs Federal Building, 844 N. King Street, Wilmington, DE.

Peter T. Dalleo
Clerk of the Court

By: _____
Deputy Clerk

Date: 3/19/07

To: Gerri Nichelle Knotts

cc: counsel



FILED
MAR 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

